# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MICHAEL DAVITT,
    #91072

    Plaintiff,

vs.

DAWN JONES, *et al*.,

    Defendants.

3:09-cv-00054-LRH-RAM

**ORDER**

This prison civil rights action comes before the Court following Plaintiff's failure to pay the $350.00 filing fee in response to the Court's May 20, 2009 Order (#3). The Court denied Plaintiff's application to proceed *in forma pauperis* and ordered he must pay the full filing fee within thirty (30) days or his case would be dismissed. Plaintiff has not paid the filing fee in response to the Order, and the action will be dismissed.

IT IS THEREFORE ORDERED that this action shall be DISMISSED without prejudice for failure to pay the filing fee. The Clerk of Court shall enter final judgment accordingly.

DATED this 29th day of June, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE